# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY WELCH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-16-434-R |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin entered May 18, 2016. Doc. No. 4. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. Plaintiff shall have 21 days from the date of this Order within which to pay the $400.00 filing fee. Failure to pay the filing fee within 21 days will result in this matter being dismissed without further notice from the Court.

IT IS SO ORDERED this 7th day of June, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE